ND Miss. Form R3, Complaint Challenging Conditions of Confinement (4/00)     PAGE 1

RECEIVED

JAN 0 9 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Courtney Orlandus Hunt

**Plaintiff**

**FILED**

JAN 09 2009

DAVID CREWS, CLERK
BY _____ Deputy

v.

CASE NO. 1:09CV4-P-A

Lee County Sheriff's Dept.

**Defendant**

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Courtney Orlandus Hunt

   B. Name under which sentenced: Courtney Orlandus Hunt

   C. Inmate identification number: 13130

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce Street Tupelo Mississippi 38804

   E. Place of confinement: Lee County Adult Jail

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Jim H. Johnson

   Title (Superintendent, Sheriff, etc.): Sheriff

   Defendant's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce Street Tupelo MS. 38804

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: Tony Carleton

Title (Superintendent, Sheriff, etc.): Commissioner Of Correction

Defendant's mailing address (street or post office. box number, city, state, ZIP): 510 North Commerce Street Tupelo, Mississippi, 38804

Name: John A. Hall

Title (Superintendent, Sheriff, etc.): Chief Deputy

Defendant's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce Street Tupelo Mississippi 38804

Name: Jason Edwards

Title (Superintendent, Sheriff, etc.): Correctional Officer

Defendant's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce Street Tupelo Mississippi 38804

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____    C. Docket No.: _____

   D. Judge's Name: _____    E. Date suit filed: _____

   F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☐ Yes ☒ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below). ☐ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 3

   A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☐ No

   B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

We have complaint forms here in the jail, but everytime a inmate fills one out, there is no response, I have filled out several complaint forms but I haven't received any responses.

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

Officer Adams brought Jerrie Sanders to my cell, on December 31st 2008. I asked Officer Adams, what was the status on Jerrie Sanders, before he places him in the cell with me. Officer Adams did not respond to my question about Jerrie Sanders. Officer Adams just shut Jerrie Sanders, and I, up in the cell togeather. I found out later, that Jerrie Sanders was a psyc patient, very violent, according to his jail record, and was supposed to be housed by hisself, and not in the cell with another inmate, because Jerrie Sanders was dagerous to himself, and others. Jerrie Sanders attacked me from behind on 1-1-09 He beat me very badly. I was very off balanced, and daised by

Continuation Of Question 9

Jerriel Sanders blows. Jerriel Sanders beat me in my face, until my eyes, lips, head, and forehead was swole, and sore. Jerriel Sanders was over powering me for a long period of time. Officer Shumpert was called to the Pod, because another inmate beat on the window, to get his attention, to let him know, that I was being beat in the cell, cell 5. Officer Shumpert, came to the Pod, F Pod to see what was going on. When he found that Jerriel Sanders was beating me, he still didn't stop Jerriel Sanders from beating me, because the Officer Betty S. who was controling the Pod's Tower, did not, and would not open the cell door, for Officer Shumpert to come in, and stop Jerriel Sanders from beating on me. Therefore I had to accept hard blows from Jerriel Sanders, to my face, and head, for at least 15 minutes, until Officer Jason Edwards came, and Tazed Jerriel Sanders.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 5

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I am Mentally Retarded, Demintia Retarded, Traumatic Blair Injury in 1989, Personality Disordered, and Deformed of my left and Right Feet. I would like for the court to make Tupelo Lee County Adult Jail pay me 1 Million Dollars, because my life is not only in danger today, but my life is in danger, as long as I am in the Tupelo Lee County Adult Jail, because I am a Protective Custody Inmate, who is un protected, by some new officers, who is getting hired everyday, and is not familliar with Corrections of inmates.

This Complaint was executed at (location): Tupelo Lee County Adult Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 1-7-09

Courtney O. Hunt
Plaintiff's Signature